IN THE United States District Court
For THE Middle District oF Pennsylvania

Emilio Romero  :  Civil No. 3:19-CV-1038
    Plaintiff  :  Magistrate Judge Saporito
        v.     :
Tobyhanna Township,  :
PA, et al.,          :
    Defendants       :

FILED
SCRANTON
OCT 11 2019
PER _____
DEPUTY CLERK

Dear court of clerks I am writing to About the above captioned matter. I would like to know IF there are any updates to my case and I also would like any information that you may be able to give In regards to me filing an admended complaint In this matter. I would really appreciate your assistance. I have already typed up the new admended complaint but what steps must I take to file It. I am pro-se so any information would be helpful thank you very much

                Respectfully Submitted
                by: Emilio Romero

Name: Emilio Romero
Number: NW 5208
Box 244
Collegeville, PA 19426-0244

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

neopost
10/08/2019
US POSTAGE $000.50

ZIP 19426
041M1225221

RECEIVED
SCRANTON

OCT 11 2019

PER _____

DEPUTY CLERK

Office of The Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg & U.S. Courtho
235 North Washington avenue
P.O. Box 1148
Scranton, PA 18501-1148