# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

EMILIO ROMERO

*Plaintiff*

v.

TOBYHANNA TOWNSHIP, PA, ET AL.

*Defendant*

Civil Action No.: **3:19-CV-01038-JFS**
Hon. Joseph F. Saporito Jr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE COMPLAINT   DETECTIVE LUCAS BRAY
MOUNT POCONO REGIONAL POLICE DEPT
2454 ROUTE 940
POCONO SUMMIT, PA 18346

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emilio Romero
Monroe County Prison
4250 Manor Drive
Stroudsburg, PA 18360

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER J. WELSH
*CLERK OF COURT*

s/ – Anne Oswald
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2019-07-23 17:01:00.0, Clerk USDC MDPA

Civil Action No.: 3:19−CV−01038−JFS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __LUCAS ISKAY__

was received by me on (date) __10/22/19__.

☑ I personally served the summons on the individual at (place) __MOUNT POCONO REGIONAL POLICE DPT__ on (date) __10/22/19__ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

__10/23/19__
Date

__Earl Kaynor__
Server's Signature

__EARL KAYNOR, ESQ.__
Printed name and title

__1806 JFK BLVD.
THIRD FLOOR
BOX 103
PHILADELPHIA, PA. 19103__
Server's Address

Additional information regarding attempted service, etc: