IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILIO ROMERO,<br><br>Plaintiff,<br><br>vs<br><br>TOBYHANNA TOWNSHIP, PA; CHIEF OF POLICE CHRIS WAGNER; DETECTIVE LUCAS BRAY; and DETECTIVE MARK WEBB,<br><br>Defendants. | JURY TRIAL DEMANDED<br><br>NO: 3:19-CV-01038<br><br>THE HONORABLE<br>JOSEPH F. SAPORITO, Jr. |

## ORDER

AND NOW, this 14th day of July, 2020, the Joint Motion of the Defendants for leave to take deposition in prison came before the Court. The Court, having reviewed the parties' submissions and the record in this matter, finds good cause and hereby grants the motion

Emilio Romero, inmate number NW5208, a party in this case is confined in the Phoenix State Correctional Institution, Collgeville, Pennsylvania, in the custody of the Superintendent. In order to secure this inmate's attendance at deposition, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear at deposition by video conference from the Phoenix State

Correctional Institution, on a date selected and convenient by the Superintendent.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Superintendent to produce the inmate named above to participate in deposition by video conference before the matter pending before the United States District Court at the time and place convenient to the Superintendent and arranged by Plaintiff's counsel but no later than August 30, 2020, until completion of the deposition or as ordered by the court.

The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: Superintendent Jamie Sorber, Phoenix State Correctional Institution, 1200 Mockychic Drive, Collegeville, Pennsylvania, 19426:

WE COMMAND you to produce the inmate named above via videoconference at the time and place selected by you, until completion of the deposition or as ordered by the court. FURTHER, you have been

ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this Writ.

_Joseph F. Saporito, Jr._
Joseph F. Saporito, Jr.
United States Magistrate Judge