IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENSYLVANIA

| | | |
|---|---|---|
| EMILIO ROMERO, | : | CIVIL NO. 3:19-CV-1038 |
| | : | |
| Plaintiff | : | Magistrate Judge Saporito |
| | : | |
| v. | : | |
| | : | |
| TOBYHANNA TOWNSHIP, PA, | : | |
| et al., | : | |
| | : | |
| Defendants | : | |

**ORDER**

**AND NOW, this 4th day of February, 2021, IT IS HEREBY ORDERED THAT** plaintiff shall file responses to the following outstanding motions within **fourteen (14) days** of the date of this Order:

Defendants' motion to strike (Doc. 84)

Defendants' motion to have statement of facts deemed admitted (Doc. 86)

Defendants' motion for consideration to have County defendants' statement of facts deemed admitted (Doc. 88).

Failure to timely file opposition briefs shall result in the motions being deemed unopposed.

JOSEPH F. SAPORITO, JR.
**United States Magistrate Judge**