IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT COURT OF PENNSYLVANIA

_____

| | |
|---|---|
| EMILIO ROMERO : | |
| Plaintiff : | |
| : | CIVIL ACTION |
| v.         : | |
| : | 3:19-cv-01038 |
| TOBYHANNA TOWNSHIP, PA : | |
| &     : | |
| CHIEF OF POLICE CHRIS WAGNER : | |
| &     : | |
| DETECTIVE LUCAS BRAY    , : | |
| &     : | |
| DETECTIVE MARK WEBB : | |
| Defendants,         : | |

## ORDER

AND NOW, to wit, this _____ day of _____,2021, it is hereby ORDERED and DECREED that Defendant's ti Strike Plaintiff's Statement of Facts, Doc 84),   is hereby Denied.

                                                            BY THE COURT:

                                                           _____

                                                           HON. JOSEPH F. SAPORITO JR.